**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
DISTRICT COURT EXECUTIVE

215 US COURTHOUSE
SEATTLE, WASHINGTON 98104

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

★ AUG 21 2001 ★

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

August 21, 2001

KEVIN GREGORY JOHNSON
201128442
KING COUNTY JAIL
500 FIFTH AVE
SEATTLE, WA 98104

We have received the correspondence relating to your 1983 CIVIL RIGHTS action. Your case has been assigned Case Number **C01-1277Z**. *This entire number must appear on all future correspondence with the Court.*

The following deficiencies have been noted:

- The Application to Proceed In Forma Pauperis is incomplete. Please answer Question # 3-7 *(Page 2) in full* and return to the Court as soon as possible.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected. The appropriate blank forms are enclosed for your use.

*Please note: If your response to this letter is not received by **9/21/01** the action may be subject to dismissal.

***Please return this letter with the corrections to the listed deficiencies.***

cc: file

cc: judge