```
                    FILED         ENTERED
                    LODGED        RECEIVED

                       OCT 29 2001
                         AT SEATTLE
                    CLERK U.S. DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN GREGORY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY ADULT CORRECTIONS, et al.,<br><br>Defendants. | CASE NO. C01-1277Z<br><br>ORDER ON PENDING MOTIONS |

The Court, having considered plaintiff's pending motions, and the balance of the file, does now find and Order:

(1) <u>Motion for Reconsideration</u> (Dkt. # 8).

Plaintiff's motion for reconsideration of the Court's September 18, 2001 order is DENIED for failure to show manifest error in the prior ruling as required. Local Rule CR 7(e)(1).

(2) <u>Motion for Extension of Time</u> (also Dkt. # 8).

Plaintiff's motion for an extension of time to file an amended complaint is GRANTED. The court notes that the amended complaint has now been filed (Dkt. # 9); it shall be considered as timely.

(3) The Clerk shall direct a copy of this Order to plaintiff at his address of record.

DATED this 26 day of October, 2001.

RICARDO S. MARTINEZ
United States Magistrate Judge

ORDER ON PENDING MOTIONS