CC TO JUDGE __DM__

1-10-02

C01-1277Z

Kevin G. Johnson     Court of App. #4
500 Fifth Avenue 59L-C   Sup. Ct. # 00-10132-1
Seattle, WA 98104
                                             00-4214

United States District Court
c/o Judge Ricardo Martinez
215 Courthouse Plaza
1010 Fifth Avenue
Seattle, WA 98104

FILED ___ ENTERED
LODGED ___ RECEIVED
JAN 16 2002 DM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Dear Judge Martinez:

I am contacting your office to ask it to order an investigation of my most current warrantless arrest and imprisonment. Also, to investigate my allegations of excessive force use and official misconduct by King County personnel. Namely, Norm Maleng, Prosecuting Attorney's policy of aiding and abetting criminal acts of his Deputy Prosecuting Attorney Catherine

-1-

19

McDowell and Donald Haley, Superior Court Elected official and the Seattle Police Department ant the King County Sheriff's Department.

It has become necessary that I write to your office directly as our (Americans') Constitution provides for the redress of grievance against the people who operates under the color of law, yet refuse to carry-out the duties imposed by law so that the government has power to wrongfully, maliciously and willfully deprive Blacks, ME, of my Benefits of the law, Along with that refusal is the ability to take my freedom and not have to face any lawful challenge I present because Mr. Haley, Mr. Malone, Mr. Gaines, Mr. Spearman, Mr. Ramsdell and Mr. Kessler all agree to cover up the crimes through the avenue you of not answering my motions to

-2-

DISMISS AND SUPPRESS WITH AN ORDER GRANTING OR DENYING MY MOTIONS FOR HEARING, SUBPEONA POWER, ACCESS the Court directly, give ME WHAT "the equal protection clause of the "Supreme Law of the LAND".

SUCH ACTS ARE CRIMINAL AND DESIGNED AND ACTED ON AGAINST ALL Black people IN the STATE of WASHINGTON. PURSUANT TO BOTH the CONSTITUTION AND the EMANCIPATION PROCLAMATION of 1863 THIS COURT, AND NOT the STATE COURT, HAS EXCLUSIVE JURISDICTION of the PARTIES.

I AM sending you this AND ASKING that this Court FORWARD COPIES TO the FBI AND DEPARTMENT of JUSTICE FOR PROCESSING AND CHARGING those PUBLIC SERVANTS ACCORDINGLY.

My MAIL is NOT Delivered promptly I'll bet your office sent A response

-3-

to my Amended Complaint (1983), yet I have not received anything from your office.

I must believe that by denying me what every citizen and attorney are entitled, due process of law and the benefits of the prohibitions & restriction placed upon the government we formed under the Constitution for the United States of America, the state of Washington, through organized corruption, has violated Gomillion v. Lightfoot (citation omitted) wherein the Supreme Court ordered that all inferior courts "be ever mindful of [open discrimination] sophisticated and more subtle forms of discrimination in the operation of the Judicial Branch of government."

Sir, all I ask is that I have opportunity to play on the field without being cheated before justice is done. All the allegation contained in the original lawsuit are true and this new incarceration is evidence of that.

4.

Please place this matter on your motions calendar or provide me with taxpayer paid for Local & District Rules of procedure for acquire a writ of Habeas Corpus in the most expedient fashion possible.

However, if your role is solely to stop U.S.A citizens from challenging acts of State of Washington Courts and law enforcement, then send me the orders of protection to the jail I am in now. It certainly follows that I'll never have due process or protections enforced against the State of Washington, so you might as well order me charged under some federal claim (any will do, since government Courts' rulings are the Supreme Law of the Land and I will not obey any order which makes null and void the federal Constitution).

Thank you,
Kevin G. Johnson
Attorney of Record

P.S. Though I am counsel no government worker

will give me my legal paper, which I had in my possession at the time of my arrest. I believe an order from your court directing the State of Washington to provide me with all materials, records, law books and warrants, with cause no. and judges name and their date of issuance and who out of the King County Prosecutor's Office gave such orders to Deputy Sheriff (which I am certain was Deputy Prosecuting Attorney Cathy McDougall. She has openly and maliciously and vindictively used the authority of her office to work a crime against my privacy, which includes withholding of exculpatory evidence that the thought was barred by res judicata.

Finally, I can not make a duplicate of this letter and request and get it back with any certainty. I rather you acknowledge receipt of this. Because I send copy to King County Prosecutor's office and to the various elected officials at 516 Third Ave. W-554, Seattle, WA 98104.